**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **JONATHAN ALVAREZ-VEGA,** | |
| Plaintiff, | |
| v. | **CIVIL NO. 17-1602 (BJM)** |
| **E. GONZALEZ, INC.,** | |
| Defendant. | |

**FINAL JUDGMENT**

Judgment is hereby entered dismissing this case with prejudice and without imposition of costs or attorneys fees to any party.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of February, 2019.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge